ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DEIDRE KELLOGG KETROSER, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEIDRE KELLOGG KETROSER, as Personal Representative of the estate of DAVID B. KETROSER,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC. et al.,<br><br>Defendants. | Case No. 3:19-cv-05231-MMC<br><br>**DECLARATION OF IRAKLI KARBELASHVILI IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:           May 8, 2020<br>Time:          9:00 a.m.<br>Location:     Courtroom 7, 19th Floor<br>Assigned to: Hon. Maxine M. Chesney |

I, IRAKLI KARBELASHVILI, declare as follows:

1. I am an attorney in good standing licensed to practice before all courts of the State of California and the bar of this Court. I am Plaintiff's counsel in the above captioned case.

2. I am familiar with the facts of the case and if called as a witness, I could testify competently as follows:

3. The parties have yet to conduct any discovery in this case including the limited discovery allowed by General Order No. 56.

4. Attached hereto as **Exhibit "A"** is a true and correct copy of Plaintiff's proposed Second Amended Complaint.

I declare the above statement to be true and correct except to those matters stated upon information and belief, and as to those matters I believe them to be true to the best of my knowledge, and so declare under penalty of perjury and under the laws of the State of California, on April 2, 2020 at Playa Vista, California.

<u>/s/Irakli Karbelashvili</u>
Irakli Karbelashvili