IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRE KELLOGG KETROSER,<br><br>    Plaintiff,<br><br>  v.<br><br>7-ELEVEN, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-05231-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court is plaintiff's Motion for Summary Judgment, filed September 1, 2021. Defendants have filed opposition, to which plaintiff has replied. The matter came on regularly for hearing on October 8, 2021, after which each party, with leave of court, filed supplemental briefing.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing,[1] the Court, for the reasons stated in detail on the record at the hearing, hereby DENIES the motion.

**IT IS SO ORDERED.**

Dated: November 1, 2021

MAXINE M. CHESNEY
United States District Judge

---

[1] As to the one issue on which the Court sought further briefing, namely, applicability of the 1981 California Building Code, although the Court finds defendants have not raised a triable issue based thereon, the Court's ruling as to the relevant barrier remains unaffected, given the other, triable issues raised in connection with said barrier.